# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:23-cv-00879-CJC-SP | Date | July 20, 2023 |
| Title | Elvia Mendez v. FCA US LLC et al | | |

**PRESENT:** **HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | None Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

    In its Notice of Intent, the Court ordered the parties to file a report of their early meeting of counsel in accordance with Federal Rule of Civil Procedure 26(f) ("Rule 26(f)") and Local Rule 26-1.  However, the parties have not filed their report by the deadline.  It is Plaintiff's responsibility to prosecute its case diligently.  Accordingly, the Court, on its own motion, hereby ORDERS Plaintiff to show cause in writing no later than **July 24, 2023** why this action should not be dismissed for lack of prosecution for failure to file a joint Rule 26(f) report.  As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC the filing of one of the following on or before the above date:

1. The parties' joint Rule 26(f) report, or

2. A notice of voluntary dismissal (Fed. R. Civ. P. 41) as to *all Defendants*.

    No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a timely and appropriate response to the Order.  Failure to respond to this Order may result in dismissal.

                                                         - : -

Initials of Deputy Clerk   rrp